# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3226
LT Case No. 16-2024-CF-402-A

_____

KYLE NELSON ROBINSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Mark Jeffrey Borello, Judge.

Kyle Nelson Robinson, Raiford, pro se.

James Uthmeier, Attorney General, and Darcy Townsend,
Assistant Attorney General, Tallahassee, for Appellee.

April 16, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, EISNAUGLE, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____